CHIEF JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-0014 RSL |
| Plaintiff, | ORDER TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. | |
| EDWARD LAWRENCE BRAZIER, | |
| Defendant. | |

THE COURT having considered the records and files herein, including but not limited to, prior stipulations to continue the trial date, representations by counsel at the May 20, 2005, hearing, as well as the defendant's waiver of speedy trial rights made in open court and reflected in an executed waiver of speedy trial rights filed that same date based upon Mr. Brazier's need for additional time to consider the government's plea offer and the need to allow for sufficient time for adequate preparation for trial in the event plea negotiations fail, hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial

(PROPOSED) ORDER GRANTING CONTINUATION
OF TRIAL & PTM's DUE DATE S
(*Edward Brazier;* #05-0014RSL)            1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  preparation and that these factors outweigh the best interests of the public in a more speedy trial,

2  within the meaning of 18 U.S.C. § 3161(h)(8)(A).

3      IT IS THEREFORE ORDERED that the trial date be continued from May 23, 2005, to

4  September 12, 2005.

5      IT IS FURTHER ORDERED that the due date for pretrial motions be extended to June

6  13, 2005.

7      IT IS FURTHER ORDERED that the period of time from the current trial date of May 23,

8  2005, up to and including the new proposed trial date of September 12, 2005, shall be excludable

9  time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

10

11      DONE this 24th day of May, 2005.

12

13                              */s/ Robert S. Lasnik*

14                              Robert S. Lasnik
                            United States District Judge

15

16  Presented by:

17

18  s/ Jennifer E. Wellman
WSBA # 29193
19  Attorney for Edward Lawrence Brazier
Federal Public Defender's Office
20  1601 Fifth Avenue, Suite 700
Seattle, WA 98101
21  Phone: (206) 553-1100
Fax: (206) 553-0120
22  jennifer_wellman@fd.org

23  s/ Andrew Colasurdo
Assistant United States Attorney
24  *Telephonic Approval*

25

26

(PROPOSED) ORDER GRANTING CONTINUATION
OF TRIAL & PTM's DUE DATE S
(*Edward Brazier;* #05-0014RSL)   2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**